UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURO GUMPAL,

        Plaintiff,

   v.

QUEEN OF THE VALLEY MEDICAL CENTER, et al.,

        Defendants.

Case No. 17-cv-05597-SI

**JUDGMENT**

This action is dismissed as frivolous because the complaint duplicates a complaint filed in an earlier action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 5, 2017

SUSAN ILLSTON
United States District Judge