UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO GUMPAL,<br><br>    Plaintiff,<br><br>    v.<br><br>QUEEN OF THE VALLEY MEDICAL CENTER, et al.,<br><br>    Defendants. | Case No. 17-cv-05597-SI<br><br>**ORDER REVOKING PAUPER STATUS FOR APPEAL** |

This action was dismissed as frivolous because the complaint repeated claims asserted in an earlier action that had been dismissed for failure to state a claim. Plaintiff thereafter appealed. The court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for plaintiff on appeal. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

Dated: October 24, 2017

_____
SUSAN ILLSTON
United States District Judge