1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  MAURO GUMPAL,                           Case No. 17-cv-05597-SI
8            Plaintiff,
9       v.                                 **ORDER DENYING MOTION FOR TRANSCRIPTS**
10 QUEEN OF THE VALLEY MEDICAL             Re: Dkt. No. 8
   CENTER, et al.,
11
           Defendants.
12
13     Plaintiff's motion for transcripts to be prepared at government expense is DENIED.
14 Docket No. 8. No transcript could be prepared because no hearing was held. This action was
15 dismissed upon initial review of the complaint, and that review did not involve any sort of hearing.
16     **IT IS SO ORDERED**.
17 Dated: November 14, 2017
18                                          _____
                                            SUSAN ILLSTON
19                                          United States District Judge